IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEVON SANFORD, JR.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**G. GEMO, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-00824-DAD-JDP (PC)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

　　　Defendants, Correctional Officers G. Gemo and B. Williams (collectively, the Officers), moved to extend the May 16, 2023 deadline to file a dispositive motion by 60 days.  Having read and considered the Officers' motion to modify and the declaration of defense counsel supporting the motion, and for good cause appearing, the court orders that the Officers' motion be **GRANTED**.  The Officers may file their dispositive motion on or before July 17, 2023.

IT IS SO ORDERED.

Dated:　May 9, 2023　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE