UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVON SANFORD, Jr., | Case No. 2:21-cv-00824-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| G. GEMO, *et al.*, | |
| Defendants. | |

  On July 17, 2023, defendants filed a motion for summary judgment. ECF No. 36. When plaintiff did not file an opposition or statement of non-opposition within the twenty-one days after the motion was served, I ordered him to show cause why this case should not be dismissed for his failure to prosecute and to comply with court orders. ECF No. 38. On October 2, 2023, plaintiff filed a request for status, claiming that he has not received any mail regarding this case since May 2023. ECF No. 39. Plaintiff states that he sought via email a case update from defense counsel, but that counsel said she could not advise him. *Id.* at 2.

  Out of an abundance of caution, I will direct defendants to re-serve their motion for summary judgment on plaintiff. Plaintiff shall file a response to defendants' motion within twenty-one days after the motion was re-served.

  Accordingly, it is hereby ORDERED that:

  1. Plaintiff's request for status, ECF No. 39, is granted.

1

2. Defendants shall re-serve their motion for summary judgment on plaintiff within fourteen days of this order's entry.

3. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion within twenty-one days of service of the motion.

IT IS SO ORDERED.

Dated:   October 6, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE